IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Harriet A. Wideman                           CHAPTER 13

DEBTOR                                              BANKRUPTCY NO. 17-10599

### ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,650.00.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $250.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Bankruptcy Judge  **Stephen Raslavich**

Dated: August 3, 2017

**Dated: August 24, 2017**

cc:   Frederick L. Reigle
      2901 St. Lawrence Avenue
      Suite 100
      P.O. Box 4010
      Reading, PA 19606

      Georgette Miller, Esq.
      335 Evesham Avenue
      Lawnside, NJ 08045
      856-323-1100

      Harriet A. Wideman
      5725 Dunlap Street
      Philadelphia, PA 19131

{00285113;v1}