| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-10599-AMC

HARRIET WIDEMAN
5725 DUNLAP STREET
PHILADELPHIA  PA   19131

Petition Filed Date: 01/26/2017
341 Hearing Date: 03/17/2017
Confirmation Date: 06/28/2017

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $100.00 | 25553504744 | 01/30/2019 | $100.00 | 25553508287 | 03/05/2019 | $100.00 | 25688487868 |
| 04/02/2019 | $100.00 | 25736679540 | 05/01/2019 | $100.00 | 25544872530 | 06/19/2019 | $100.00 | 25919428680 |
| 07/08/2019 | $100.00 | 25893725117 | 07/31/2019 | $100.00 | 26063172450 | 09/04/2019 | $100.00 | 25694040802 |
| 10/01/2019 | $100.00 | 26147219578 | 10/29/2019 | $100.00 | 26188009042 | 12/04/2019 | $100.00 | 26073496530 |
| 12/30/2019 | $100.00 | 26344086096 | 01/28/2020 | $150.00 | 26380270890 | 03/03/2020 | $150.00 | 26338473134 |
| 03/31/2020 | $150.00 | 26516555111 | 04/29/2020 | $150.00 | 26544688907 | 06/03/2020 | $150.00 | 26329846691 |
| 07/28/2020 | $200.00 | 26753163030 | | | | | | |

**Total Receipts for the Period:  $2,250.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,450.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 13 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 013 | Unsecured Creditors | $50.50 | $0.00 | $50.50 |
| 10 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $785.87 | $0.00 | $785.87 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $1,498.85 | $15.27 | $1,483.58 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,596.53 | $18.96 | $2,577.57 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $1,928.79 | $19.65 | $1,909.14 |
| 15 | DEPARTMENT STORE NATIONAL BANK<br>»» 015 | Unsecured Creditors | $1,046.13 | $0.00 | $1,046.13 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $3,453.84 | $35.16 | $3,418.68 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,840.04 | $18.74 | $1,821.30 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $3,158.85 | $23.06 | $3,135.79 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $5,100.56 | $51.92 | $5,048.64 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $2,289.39 | $16.71 | $2,272.68 |
| 22 | CITY OF PHILADELPHIA (LD)<br>»» 022 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,466.60 | $0.00 | $1,466.60 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,129.32 | $15.54 | $2,113.78 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,300.58 | $0.00 | $1,300.58 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $790.17 | $0.00 | $790.17 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $189.90 | $0.00 | $189.90 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $1,681.23 | $17.11 | $1,664.12 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $5,569.98 | $56.71 | $5,513.27 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $3,604.44 | $36.69 | $3,567.75 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Unsecured Creditors | $6,381.48 | $64.97 | $6,316.51 |
| 23 | GEORGETTE MILLER ESQ<br>»» 023 | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,450.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $3,790.49 | Arrearages: | ($250.00) |
| Paid to Trustee: | $392.85 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $266.66 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.