| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-10599-AMC

HARRIET WIDEMAN
5725 DUNLAP STREET
PHILADELPHIA  PA    19131

Petition Filed Date: 01/26/2017
341 Hearing Date: 03/17/2017
Confirmation Date: 06/28/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $150.00 | 26380270890 | 03/03/2020 | $150.00 | 26338473134 | 03/31/2020 | $150.00 | 26516555111 |
| 04/29/2020 | $150.00 | 26544688907 | 06/03/2020 | $150.00 | 26329846691 | 07/28/2020 | $200.00 | 26753163030 |
| 09/01/2020 | $200.00 | 26753182525 | 09/30/2020 | $200.00 | 26983483244 | 11/06/2020 | $200.00 | 958838804 |
| 12/08/2020 | $200.00 | 958839737 | 01/05/2021 | $200.00 | 962056877 | 02/02/2021 | $200.00 | 960798868 |
| 03/04/2021 | $200.00 | 963722226 | 03/31/2021 | $200.00 | 963723734 | 05/12/2021 | $200.00 | 964930678 |
| 06/02/2021 | $200.00 | 965063788 | | | | | | |

**Total Receipts for the Period: $2,950.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 13 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  013 | Unsecured Creditors | $50.50 | $0.00 | $50.50 |
| 10 | BECKET & LEE, LLP<br>»»  010 | Unsecured Creditors | $785.87 | $32.66 | $753.21 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»»  009 | Unsecured Creditors | $1,498.85 | $66.65 | $1,432.20 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $2,596.53 | $115.43 | $2,481.10 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»»  012 | Unsecured Creditors | $1,928.79 | $72.48 | $1,856.31 |
| 15 | DEPARTMENT STORE NATIONAL BANK<br>»»  015 | Unsecured Creditors | $1,046.13 | $35.16 | $1,010.97 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»»  001 | Unsecured Creditors | $3,453.84 | $143.52 | $3,310.32 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $1,840.04 | $81.79 | $1,758.25 |
| 5 | MERRICK BANK<br>»»  005 | Unsecured Creditors | $3,158.85 | $140.42 | $3,018.43 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  007 | Unsecured Creditors | $5,100.56 | $211.89 | $4,888.67 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  008 | Unsecured Creditors | $2,289.39 | $101.77 | $2,187.62 |
| 22 | CITY OF PHILADELPHIA (LD)<br>»»  022 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $1,466.60 | $55.11 | $1,411.49 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  017 | Unsecured Creditors | $2,129.32 | $88.46 | $2,040.86 |

**Chapter 13 Case No. 17-10599-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,300.58 | $48.89 | $1,251.69 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $790.17 | $32.86 | $757.31 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $189.90 | $0.00 | $189.90 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $1,681.23 | $74.72 | $1,606.51 |
| 14 | SYNCHRONY BANK »» 014 | Unsecured Creditors | $5,569.98 | $247.60 | $5,322.38 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA »» 011 | Unsecured Creditors | $3,604.44 | $149.77 | $3,454.67 |
| 4 | WELLS FARGO BANK NA »» 004 | Unsecured Creditors | $6,381.48 | $283.67 | $6,097.81 |
| 23 | **GEORGETTE MILLER ESQ** »» 023 | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,450.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $5,382.85 | Arrearages: | ($1,250.00) |
| Paid to Trustee: | $556.85 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $510.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.