United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                           Case No. 17-10599-amc
Harriet Wideman                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                           Page 1 of 3
Date Rcvd: Oct 05, 2021                  Form ID: 138OBJ                    Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harriet Wideman, 5725 Dunlap Street, Philadelphia, PA 19131-3411 |
| 13857332 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13918112 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13857340 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 13862098 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13869156 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13857346 | + | Toyota Motor credit Corp, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13857348 | + | Wells Fargo Bank, 420 Montgomery St, San Franciso, CA 94104-1298 |
| 13857349 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13871403 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13924464 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 05 2021 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 05 2021 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13857334 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2021 23:50:27 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13938753 | | Email/Text: megan.harper@phila.gov | Oct 05 2021 23:43:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13857333 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2021 23:50:23 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13857335 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 23:50:34 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13857336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 23:50:25 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 13857337 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2021 23:43:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13857338 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2021 23:50:24 | Credit One Bank Na, Po Box 98873, Las Vegas, |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | NV 89193-8873 |
| 13857339 | Email/Text: mrdiscen@discover.com | Oct 05 2021 23:43:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 13930649 | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2021 23:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13862310 | Email/Text: mrdiscen@discover.com | Oct 05 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13857341 + | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2021 23:43:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13902330 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2021 23:50:24 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13899315 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2021 23:50:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13857342 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2021 23:50:28 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13905424 + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2021 23:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13935438 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 23:50:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13869921 + | Email/PDF: rmscedi@recoverycorp.com | Oct 05 2021 23:50:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13913795 | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2021 23:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13931703 + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13857343 + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:27 | Synchrony Bank/ JC Penney, Po Box 965064, Orlando, FL 32896-5064 |
| 13857344 + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:23 | Synchrony Bank/TJX, Po Box 965064, Orlando, FL 32896-5064 |
| 13857345 + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:23 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 13930792 + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 05 2021 23:50:30 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13857347 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 23:50:25 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: 138OBJ | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:**

**Name**            **Email Address**

DENISE ELIZABETH CARLON
　　　on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

FREDERICK L. REIGLE
　　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

GEORGETTE MILLER
　　　on behalf of Debtor Harriet Wideman Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

MATTEO SAMUEL WEINER
　　　on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
　　　ECFMail@ReadingCh13.com

United States Trustee
　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Harriet Wideman
    Debtor(s)

Case No: 17−10599−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/5/21